IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANNE WILSON, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 14-920 |
| | : | |
| v. | : | |
| | : | |
| TRAVELERS INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 30th day of March, 2015, after considering the motion to remand filed by the defendant, Travelers Insurance Company (Doc. No. 4), the responses to the motion to remand filed by Robert J. Murphy, Esquire ("Murphy") (Doc. Nos. 5-6), Travelers' reply brief in support of the motion to remand (Doc. No. 7), Murphy's motion to strike and response to Travelers' reply brief (Doc. No. 8), Travelers' response to the motion to strike (Doc. No. 10), Murphy's praecipe to file a supplemental verification (Doc. No. 11), Murphy's motion for discovery (Doc. No. 12), Travelers' response to the motion for discovery and a motion for a protective order (Doc. No. 14), Murphy's memorandum of law in support of his motion for discovery and in opposition to Travelers' motion for a protective order (Doc. No. 15), and the original state court record (Doc. No. 18);[1] and after reviewing the notice of removal (Doc. No. 1); and, for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1. The motion to strike (Doc. No. 8) is **DENIED**;

---

[1] Travelers filed a surreply in opposition to Murphy's motion for jurisdictional discovery on August 28, 2014. Doc. No. 19. The court did not consider that document in addressing the motions herein as it was filed well outside of any required filing period and without leave of court.

    2.    The motion to remand (Doc. No. 4) is **GRANTED** and this matter is **REMANDED** to the Court of Common Pleas of Philadelphia County, Pennsylvania, pursuant to 28 U.S.C. § 1447(c);

    3.    The motion for jurisdictional discovery (Doc. No. 12) is **DENIED**;

    4.    The motion/request for a protective order (Doc. No. 14) is **DENIED AS MOOT**;

    5.    Travelers' request for the payment of just costs and any actual expenses, including attorney's fees, incurred as a result of the removal is **GRANTED**.  Travelers shall have a period of ten (10) days from the date of this order to file a bill of costs.  Murphy shall have a period of seven (7) days from the date of this order to respond to the bill of costs; and

    6.    The clerk of court shall mark this matter as **CLOSED**.

    BY THE COURT:

    /s/ *Edward G. Smith, J.*
    EDWARD G. SMITH, J.